**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-6057**

—————

RONALD EARL COLEMAN,

Petitioner – Appellant,

v.

GENE JOHNSON, Virginia Department of Corrections,

Respondent – Appellee.

—————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Glen E. Conrad, Chief
District Judge. (7:10-cv-00193-gec-mfu)

—————

Submitted:  April 21, 2011              Decided:  April 27, 2011

—————

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Ronald Earl Coleman, Appellant Pro Se.   Virginia Bidwell
Theisen, Assistant Attorney General, Richmond, Virginia, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Earl Coleman seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Coleman has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before the court and argument would not aid the decisional process.

DISMISSED